IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIFFANY L. DENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0557-P-M |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE

On June 27, 2005, the Magistrate Judge issued a Report and Recommendation under 28 U.S.C. § 636(b)(1)(B), recommending that the decision of the Commissioner to deny plaintiff's claim for Social Security disability insurance benefits and supplemental security income benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings (doc.14). This court afforded defendant through August 1, 2005, to file an objection (see docs.16-17). On August 1, 2005, defendant filed an Objection to the Report and Recommendation of the Magistrate Judge (doc.18).

Defendant raises one objection regarding the Magistrate Judge's finding that "the ALJ's substitution of the word "could" for "would" [in considering the treating physician's assessment of plaintiff's Crohn's Disease[1]] was not harmless error and thus, the ALJ's decision was not supported by

---

[1] Crohn's disease is an inflammatory bowel disease... that causes inflammation or ulceration of the digestive tract. It can affect any part of your digestive tract, but it is most common in the last part of the small intestine (ileum) and the large intestine (colon). Crohn's disease affects the deepest layers of the lining of the digestive tract, causing deep sores called ulcers... The main symptoms of Crohn's disease include: Abdominal pain. The pain often described as cramping and intermittent, and the abdomen may be sore when touched. Abdominal pain may turn to a dull, constant ache as the condition progresses. Diarrhea. Some people may have diarrhea 10 to 20 times per day. They may wake up at night and need to go to the bathroom. Crohn's disease may cause blood in stools, but not

substantial evidence" (doc.18, p.1; doc.14, p.5, referring to Tr.5 and 349).  Defendant disagrees (doc.18, p.1).

However, after due and proper consideration of the record in its entirety, and a <u>de novo</u> review of those portions of the Report and Recommendation to which objection is made, this court finds that defendant's Objection be and is hereby OVERRULED, and the Recommendation of the Magistrate Judge be and is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that the decision of the Commissioner to deny plaintiff's claim for Social Security disability insurance benefits and supplemental security income benefits be and is hereby REVERSED and REMAND pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further proceeding consistent with this court's opinion, <u>see</u> <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

Remand pursuant to sentence four of § 405(g), makes plaintiff a prevailing party under the Equal Access to Justice Act, 28 U.S.C. § 2412, <u>see</u> <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993), and terminates this court's jurisdiction over the matter.

DONE the 19th day of September, 2005.

  S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE

---

always.  Loss of appetite.  Fever.  In severe cases, fever or other symptoms that affect the entire body may develop.  A high fever may mean that you have a complication involving infection, such as an abscess.  Weight loss.  On going symptoms, such as diarrhea, can lead to weight loss.  Too few red blood cells (anemia).  Some people with Crohn's disease develop anemia because of low iron levels caused by bloody stools or the intestinal inflammation itself.

www.WebMD.com.

Herein, plaintiff's treating physician Dr. Kania opined that plaintiff "***would*** [as opposed to ***could***] have 1-6 bowel movement[s] a day and would be indisposed for about 15 minutes at a time..." (Tr.349) (emphasis added), and as noted by the Magistrate Judge, the Vocational Expert "testified that one to six bowel movements a day for fifteen minutes at a time 'would preclude any competitive work activity if they were to occur on a sustained basis'" (doc.14, p.4; Tr.578).