IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| TIFFANY L. DENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 04-0557-P-M |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with this court's Order entered this date, it is ORDERED, ADJUDGED, and DECREED that the decision of the Commissioner to deny plaintiff's claim for Social Security disability insurance benefits and supplemental security income benefits is hereby REVERSED and REMAND pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further proceeding consistent with this court's opinion, see Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Remand pursuant to sentence four of § 405(g), makes plaintiff a prevailing party under the Equal Access to Justice Act, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this court's jurisdiction over the matter.

DONE the 19th day of September, 2005.

　　　　　　　　　　　　　　　　　　　　S/Virgil Pittman
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE