IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY L. DENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 04-0557-P-M |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with this court's Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's counsel, Colin E. Kemmerly, be awarded an attorney's fee, pursuant to 28 U.S.C. § 2412, in the amount of $875.00 (7 hours x $125.00 per hour = $875.00).

DONE this 23rd day of January, 2006.

                                              S/Virgil Pittman
                                              SENIOR UNITED STATES DISTRICT JUDGE